

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-16-00070-CR

Terrence D. **MOUTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 416377
Susan Skinner, Judge Presiding

# O R D E R

The reporter's record was due on April 4, 2016. After no reporter's record or request for extension of time to file the reporter's record was filed, on April 8, 2016, we directed court reporter Kimberly Rice-LoBello to file the reporter's record by May 9, 2016. *See* TEX. R. APP. P. 37.3(a). On that date, the court reporter filed a notice of late record and requested an additional twenty days to file the reporter's record.

The reporter's request is GRANTED. We ORDER court reporter Kimberly Rice-LoBello to file the record with this court by May 31, 2016. *See id.* R. 35.3(c) (limiting any extension in an ordinary appeal to thirty days).

If the record is not filed with this court by May 31, 2016, any requests for additional time to file the record must be accompanied by a signed, written status report. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 7.1, http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx ("If an official requires additional time to file a record, the official must request additional time from the Court using the form adopted by the Court.").

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond

the requested date.  A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court